2010 JUN 17 PM 4:09

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2010 Grand Jury  **10CR 2418-mmm**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| ) | |
| v. ) | Title 18, U.S.C., Sec. 2332a - |
| ) | Conspiracy to Use a Weapon of Mass |
| DONNY LOVE, SR., ) | Destruction; Title 18, U.S.C., |
| ) | Secs. 2332a and (2)(b) and (3) - |
| Defendant. ) | Use of a Weapon of Mass |
| ) | Destruction; Title 18, |
| ) | U.S.C., Sec. 371 - Conspiracy to |
| ) | Maliciously Damage Buildings or |
| ) | Real Property, by Means of an |
| ) | Explosive, and Manufacture and |
| ) | Possess Firearms; Title 18, |
| ) | U.S.C., Sec. 844 - Malicious |
| ) | Damage to Buildings or Real |
| ) | Property, by Means of an |
| ) | Explosive; Title 18, U.S.C., |
| ) | Sec. 924(c) - Possession of |
| ) | Destructive Device in Relation to |
| ) | a Crime of Violence; Title 18, |
| ) | U.S.C., Sec. 844(h) - Use of |
| ) | Explosive to Commit a Felony; |
| ) | Title 26, U.S.C., Sec. 5871 - |
| ) | Possession of Unregistered |
| ) | Firearm; Title 18, U.S.C., |
| ) | Sec. 2 - Aiding and Abetting |

The grand jury charges:

## Count 1

1.   Beginning on a date unknown to the grand jury, and continuing to on or about May 4, 2008, within the Southern District of California and elsewhere, defendant DONNY LOVE, SR., did knowingly and intentionally conspire with other persons, known to the grand

WPC:lml:San Diego
6/17/10

jury, to use a weapon of mass destruction, without lawful authority, to wit: pipe bombs, against property within the United States used in any activity affecting interstate and foreign commerce, and property owned and used by the United States and one of its departments; in violation of Title 18, United States Code, Sections 2332a(a)(2)(B) and (3).

### Count 2

2.    On or about May 4, 2008, within the Southern District of California, defendant DONNY LOVE, SR., did knowingly and intentionally use a weapon of mass destruction, without lawful authority, to wit: pipe bombs, against property within the United States used in any activity affecting interstate and foreign commerce, and owned and used by the United States and one of its departments, to wit: the Edward J. Schwartz Federal Courthouse, located at 940 Front Street, San Diego, California; in violation of Title 18, United States Code, Sections 2332a(a)(2)(B) and (3) and 2.

### Count 3

3.    Beginning on a date unknown to the grand jury, and continuing to on or about May 13, 2008, within the Southern District of California and elsewhere, defendant DONNY LOVE, SR., did knowingly and intentionally conspire with other persons, known to the grand jury, to:

a.    maliciously damage and attempt to damage and destroy, by means of an explosive, to wit: pipe bombs, buildings and real property used in any activity affecting interstate and foreign commerce; and buildings and real property in whole and in part owned and possessed by, or leased to, the United States, and

2

1   any department or agency thereof, in violation of
2   Title 18, United States Code, Sections 844(f)(1)
3   and (i);

4   b.   possess firearms, to wit: explosive pipe bombs, made
5        in violation of the provisions of Chapter 53 of
6        Title 26, United States Code, Section 5822; which is
7        in violation of Title 26, United States Code,
8        Section 5861(c);

9   c.   make firearms, to wit: explosive pipe bombs, in
10       violation of the provisions of Chapter 53 of Title 26,
11       United States Code, Section 5822; which is in
12       violation of Title 26, United States Code,
13       Section 5861(f); and

14  d.   possess firearms, to wit: explosive pipe bombs, not
15       registered in the National Firearms Registration and
16       Transfer Record, in violation of Title 26, United
17       States Code, Sections 5841 and 5861(d).

18  All in violation of Title 18, United States Code, Section 2332a.

19                          OVERT ACTS

20       4.   In furtherance of the conspiracy and to effect its objects,
21  the following overt acts, among others, were committed within the
22  Southern District of California and elsewhere:

23       a.   On or about March 26, 2008, defendant DONNY LOVE, SR.,
24            instructed Ella Louise "Weezy" Sanders, charged
25            elsewhere, to purchase explosive powder.

26  //
27  //
28  //

3

b.  On or about March 26, 2008, in El Cajon, California, Ella Louise "Weezy" Sanders purchased one pound of explosive materials, namely, Hodgdon's Triple Se7en Powder.

c.  On or about April 7, 2008, defendant DONNY LOVE, SR., instructed Rachelle Lynette Carlock, charged elsewhere, to purchase explosive powder.

d.  On or about April 7, 2008, in El Cajon, California, Rachelle Lynette Carlock purchased two pounds of explosive materials, namely, Hodgdon's Triple Se7en Powder.

e.  In or about April 2008, defendant DONNY LOVE, SR., instructed Ella Louise "Weezy" Sanders to steal pipes and end caps for use in the construction of pipe bombs.

f.  Between March 1, 2008, and May 4, 2008, defendant DONNY LOVE, SR., and others constructed pipe bombs at defendant's residence in Menifee, California.

g.  Between March 1, 2008, and May 4, 2008, defendant DONNY LOVE, SR., instructed and caused other persons to test pipe bombs by exploding and attempting to explode the devices.

h.  On or about May 1, 2008, defendant DONNY LOVE, SR., instructed Rachelle Lynette Carlock to purchase explosive powder.

//

//

//

4

i.  On or about May 1, 2008, in El Cajon, California, Rachelle Lynette Carlock purchased one pound of explosive materials, namely, Hodgdon's Triple Se7en Powder.

j.  On or about May 4, 2008, Eric Reginald Robinson and Rachelle Lynette Carlock drove from defendant DONNY LOVE, SR.'s residence in Menifee, California, to San Diego, California, with a backpack containing three pipe bombs.

k.  On or about May 4, 2008, Rachelle Lynette Carlock placed and detonated three pipe bombs at the front doors of the Edward J. Schwartz Federal Courthouse in San Diego, California.

All in violation of Title 18, United States Code, Section 371.

Count 4

On or about May 4, 2008, within the Southern District of California, defendant DONNY LOVE, SR., did maliciously damage, by means of an explosive, to wit: pipe bombs, a building and real property owned and possessed by the United States and one of its departments, to wit: the Edward J. Schwartz Federal Courthouse, located at 940 Front Street, San Diego, California; in violation of Title 18, United States Code, Sections 844(f)(1) and 2.

//
//
//
//
//
//

### Count 5

On or about May 4, 2008, within the Southern District of California, defendant DONNY LOVE, SR., during and in relation to a crime of violence, as set forth and charged in Counts 1, 2 and 4 above, for which the defendant may be prosecuted in a court of the United States, did knowingly and intentionally use and carry a destructive device, to wit: a pipe bomb; in violation of Title 18, United States Code, Sections 924(c)(1)(A), (B)(ii) and 2.

### Count 6

On or about May 4, 2008, within the Southern District of California, defendant DONNY LOVE, SR., did knowingly and intentionally use an explosive, to wit: a pipe bomb, to commit a felony, as set forth and charged in Count 1 above, which may be prosecuted in a court of the United States; in violation of Title 18, United States Code, Sections 844(h)(1) and 2.

### Count 7

On or about May 4, 2008, within the Southern District of California, defendant DONNY LOVE, SR., did knowingly and intentionally use an explosive, to wit: a pipe bomb, to commit a felony, as set forth and charged in Count 2 above, which may be prosecuted in a court of the United States; in violation of Title 18, United States Code, Sections 844(h)(1) and 2.

//
//
//
//
//
//

<u>Count 8</u>

On or about May 4, 2008, within the Southern District of California, defendant DONNY LOVE, SR., did knowingly possess a firearm, to wit: a destructive device consisting of three explosive pipe bombs bound together by tape and designed for use as a weapon, not registered to him or Rachelle Lynette Carlock in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871, and Title 18, United States Code, Section 2.

DATED: June 17, 2010.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
WILLIAM P. COLE
Assistant U.S. Attorney

7